Michael Napier, State Bar No. 002603
Kathryn R. E. Baillie, State Bar No. 025355
**NAPIER, BAILLIE, WILSON,**
**BACON & TALLONE, P.C.**
2525 E. Arizona Biltmore Circle, Suite 135
Phoenix, AZ 85016-0001
Phone: (602) 248-9107
Fax: (602) 248-0971
Mike@napierlawfirm.com
Kathryn@napierlawfirm.com

Lauren McDermott (admitted *pro hac vice*)
Mark Linscott (motion for admission *pro hac vice* forth coming)
**MOONEY, GREEN, SAINDON,**
**MURPHY & WELCH, P.C.**
1620 Eye Street, NW, STE 700
Washington, DC 20006
Phone: 202-783-0010
Fax: 202-7883-6088
lmcdermott@mooneygreen.com
mlinscott@mooneygreen.com
*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeremy Armitage, Justin Ashton, Brent Bandura, Jacob Fletcher, Justin Hawley, Leo Hess, Matthew Kennedy, Robert Martinez, Shawn Willhite, and Maximilian Wulf, on behalf of themselves and as representatives for similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>Town of Gilbert, Arizona, a governmental entity<br><br>Defendant. | Case No.: 2:25-cv-02935-GMS<br><br>**NOTICE OF FILING REDLINE VERSION OF THIRD AMENDED COMPLAINT** |

**NOTIE OF AMENDED PLEADING**

Plaintiffs Jeremy Armitage, Justin Ashton, Brent Bandura, Jacob Fletcher, Justin Hawley, Leo Hess, Matthew Kennedy, Robert Mafiinez, Shawn Willhite, and Maximilian Wulf, (collectively Plaintiffs) file this Notice pursuant to LRCiv l5.1(b) of the Local Rules for the United States District Court for the District of Arizona that an Amended Complaint has been filed pursuant to Rule 15(a)(l)(B) of the Federal Rules of Civil Procedure and this "separate notice of filing has the redline amended pleading that indicates in what respect it defers from the pleading which it amends, [. . .] striking through the text that was deleted and underlining the text that was added."

Respectfully submitted,

/s/ Lauren McDermott

Lauren McDermott (admitted *pro hac vice*)
Mark Linscott (motion for admission *pro hac vice* forth coming)
MOONEY, GREEN, SAINDON,
MURPHY & WELCH, P.C.
1620 Eye Street, NW, STE 700
Washington, DC 20006
Phone: 202-783-0010
Fax: 202-7883-6088
lmcdermott@mooneygreen.com
mlinscott@mooneygreen.com
*Counsel for Plaintiffs*

Michael Napier
Kathryn R. E. Baillie
Napier Baillie Wilson Bacon & Tallone, P.C.
2525 E Arizona Biltmore Circle, Suite 135
Phoenix, AZ 85016
Phone: 602-248-9107
Fax: 602-248-0971
mike@napierlawfirm.com
kathryn@napierlawfirm.com

***Counsel for Plaintiffs***